UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>(1) EDWIN OTERO, )<br>(2) JUSTIN JOSEPH, )<br>(3) ANTHONY BASILICI, )<br>(7) RONNY BAAMS, )<br>(8) TONY JOHNSON, )<br>(11) KIMBERLY LOPES, )<br>(12) ALBERT LEE, and )<br>(13) CAMERON CARTIER )<br>)<br>Defendants  ) | Criminal No. 19-cr-10245-ADB |

STATUS REPORT

After the January 12, 2022 status conference, the parties conferred and now advise the Court that defendants (1) OTERO, (2) JOSEPH, (3) BASILICI, (12) LEE, and (13) CARTIER are available for the previously scheduled May 31, 2022 trial date (though counsel reiterated that the unsettled nature of state court practice made it difficult to predict their trial schedules). In addition to evidence of drug trafficking, the May trial group is comprised of defendants alleged to have participated in the shooting of an Otero drug customer or the kidnapping of a suspected informant (or both).

Though plea discussions are ongoing, the parties reasonably believe that defendants (7) BAAMS and (8) TONY JOHNSON will resolve their cases short of trial well in advance of the May trial date.

Defendant (11) LOPES is available to go to trial on the newly proposed April 4, 2022 trial date. Defendant (11) LOPES is the only defendant who has indicated she intends to go to trial who

is named only in Count One (the heroin trafficking conspiracy) and Count Four (distribution of heroin) and not in any of the counts involving alleged violence.

Defendant (3) BASILICI advised that, based on his previously-filed Speedy Trial Act objection, he requests that his trial also commence on April 4, 2022. For the reasons stated at last week's status conference, the government believes that the defendants named in the shooting and kidnapping counts, which would include (3) BASILICI, should be tried together, and requests that the victim evidence involved in the shooting and kidnapping counts be offered at a single trial.

                                      Respectfully submitted,

                                      RACHAEL S. ROLLINS
                                      United States Attorney

By:    /s/ Christopher Pohl
        Christopher Pohl
        Lauren A. Graber
        Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 19, 2022.

                                      /s/ Christopher Pohl
                                      Christopher Pohl
                                      Assistant U.S. Attorney